# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-60359-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANTHONY DELANO HENRY,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 83], dated October 17, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Monday, November 3, 2014, at 11:00 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 31st day of October, 2014.

**copy furnished:**
AUSA Adrienne Rabinowitz
Kevin R. Anderson, Esq.
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge